

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 0 6 2008

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

In Re:                                                    MDL Docket No. 4:03cv1507WRW

PREMPRO PRODUCTS LIABILITY                    Bryant, et al v. Wyeth, et al
LITIGATION                                           Case No. 4:03cv00714WRW

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came on this day for hearing upon the ore tenus motion of plaintiff, Hallie

Eichelberger to dismiss her claims against defendant, Virginia Jones, M.D. with prejudice, and the

Court, having considered the same and being fully advised in the premises, finds that said motion

is well taken and should be, and the same is hereby granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the complaint filed

against defendant, Virginia Jones, M.D. is hereby dismissed with prejudice, with the parties to bear

their own costs and attorney's fees.

SO ORDERED, this the _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO:

_____
LAKEYSHA GREER ISAAC, MSB #100050
ATTORNEY FOR PLAINTIFFS

_____
D. COLLIER GRAHAM, JR., MSB #4944
ATTORNEY FOR DEFENDANT,
VIRGINIA JONES, M.D.